Bill for Services Rendered
Chapter 13 Bankruptcy
**Roy A. Glenn**
Case No. **25-14427-PMM**
Agreed Rate p/retainer agreement/ third case: $400.00 p/hour

11/2/25 – 4 e-mails with Debtor re: Ed's USA Auto Rentals stating Bankruptcy does not apply and requesting a fax number/e-mail address .2 80

11/3/25 – 5 e-mails with Debtor obtaining information on the shut off, who he spoke to .2 80

11/3/25 – 3 e-mails with Debtor re: requesting copy of the contract, providing a copy of the fax that was sent to Ed's USA Auto Rentals .3 120

11/3/25 – Review of contract with Ed's USA Auto Rentals .5 200

11/3/25 – Fax to Ed's USA Auto Rentals re: violation of the automatic stay and copy of Bankruptcy Notice .4 160

11/3/25 – Phone call with Debtor to discuss vehicle as well as questions from Debtor on renting a vehicle while in an active Bankruptcy to get to his Dr. appointments .4 160

11/3/25 – Phone call with Nella Hutsko of Ed's USA Auto Rentals requesting the vehicle be turned on in compliance with the Bankruptcy Code .2 80

11/3/25 – 3 e-mails with Debtor re: Insurance on vehicle .2 80

11/3/25 – Fax to Ed's USA Auto Rentals attaching a copy of Debtor's current insurance policy .2 80

11/3/25 – Phone call with Nella Hutsko of Ed's USA Auto Rentals re: turning on vehicle and insurance .2 80

11/3/25 – Phone call with Debtor re: changing loss payee as there is a type on the insurance .2 80

11/3/25 – E-mail to Trustee and US Trustee re: any opposition on the Motion for Expedited Hearing .2 80

11/4/25 – Preparation and filing of Motion for Sanctions for Violation of the Automatic Stay, research, service, and preparation of proposed order 2.0 800

11/4/25 – Preparation of proposed order on Motion for Sanctions .5 200

11/4/25 – Preparation and filing of Motion for Expedited Hearing and Order 1.0 400

11/4/25 – Preparation and filing of Certificate of Service re: Order granting expedited consideration and Motion .3 120

11/4/25 – E-mail to Trustee, U.S. Trustee and Creditor service of Motion and Expedited Hearing Order .2 80

11/5/25 – E-mail to attorney for Ed's USA Auto Rentals re: proposal/settlement offer .5 200

11/6/25 – Preparation for and Attendance at hearing on Motion for Sanctions 1.5 600

Total: $3,680.00