**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **ROY A. GLENN,** | : | |
| **Debtor** | : | **CASE NO. 25-14427-pmm** |

## CERTIFICATION OF PAYMENT

I do hereby certify that payment in accordance with the Order of Court dated April 9, 2026 was made by check in the amount of $29,179.00 payable to the Debtor, and said payment was mailed by First Class Mail, postage prepaid, to the Debtor's counsel on April 27, 2026.

Respectfully submitted,

**WILLIAMSON, FRIEDBERG & JONES, LLC**

Date: <u>April 28, 2026</u>      By:   */s/ Iles Cooper*
**ILES COOPER**
ID No. 24754
*/s/ J.T. Herber, III*
**J.T. HERBER, III**
ID No. 92866
Ten Westwood Road
Pottsville, PA 17901
570-622-5933
Attorneys for Ed's USA Auto Rentals